O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKELIS D. BLACKWELL,<br><br>        Petitioner,<br><br>    vs.<br><br>SCOTT FRAUENHEIM,<br>Warden,<br><br>        Respondent. | Case No. CV 13-4208-JGB (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: July 15, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE